IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GERMAN OMAR PALMA-ELBIR, <br><br> Defendant. | 8:24–CR–31 <br><br> ORDER DENYING MOTION TO REDUCE SENTENCE |

This matter is before the Court on the defendant's *pro se* Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2). Filing 32. The defendant's Motion is for relief pursuant to the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10, providing for the retroactive application of Amendment 821. Filing 32. Pursuant to General Order 2025-02, the United States Probation Office submitted a worksheet in this case which states that the defendant is not entitled to a reduction. Filing 33. Specifically, the United States Probation Office stated,

> The defendant is not a "zero-point" offender. The criminal history "status points," as revised by Amendment 821, were already applied in this case, resulting in a 1-point adjustment to the defendant's criminal history score. USSG § 4A1.1(e). He is therefore not eligible for sentence reduction under Amendment 821.

Filing 33. The Court has conducted its own review of the defendant's *pro se* Motion along with other relevant matters in the record. The Court concludes that the defendant is not entitled to the requested sentencing relief. The defendant's *pro se* Motion is without merit and will be denied. The Court likewise concludes that the Motion to Withdraw should be granted for the reasons set forth in the Motion. Accordingly,

IT IS ORDERED that the defendant's *pro se* Motion to Reduce Sentence, Filing 32, is denied.

2

Dated this 11th day of March, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge